## John O'Toole

| | |
|---|---|
| **From:** | scanner <scanner@amataoffices.com> on behalf of scanner |
| **Sent:** | Friday, January 24, 2020 2:10 PM |
| **To:** | John O'Toole |
| **Subject:** | Send data from MFP13411632 01/24/2020 02:11 |
| **Attachments:** | DOC012420-01242020021120.pdf |

Scanned from MFP13411632
User Name: john.otoole
Date:01/24/2020 02:11
Pages:40
Resolution:200x200 DPI
----------------------------------------