**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORHTERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SEAN HEALY,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:20-cv-0567** |
| | ) | **Honorable Judge Gary** |
| | ) | **Feinerman** |
| | ) | **Courtroom 2141** |
| | ) | |
| **MODERNE CAPITAL, LLC.,** | ) | |
| **Defendant** | ) | |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY stipulated and agreed by and between the parties of the above-captioned action against Defendant Moderne Capital, LLC that this matter has been settled and is therefore voluntarily dismissed **WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own fees and costs.

*Counsel for Plaintiff, Sean Healy:*

/s/ John M. O'Toole
Attorney No.: 6199003
Firm: O'Toole Law Firm, LLC
Address: 150 S. Wacker Drive, Suite 2400, Chicago, IL. 60606
Office Phone: (312)560-8981
Cell Phone: (312)560-8981
FAX: (312)546-5123
E-Mail: john@otoolelaw.net

*Counsel for Defendant, Moderne Capital, LLC*:

/s/ Chad W. Moeller
Attorney No.: 6243515
Firm: Neal, Gerber & Eisenberg LLP
Address: 2 N. LaSalle Street, Suite 1700, Chicago, IL. 60602
Office Phone: (312)269-8000
E-Mail: cmoeller@nge.com

Respectfully Submitted By, /s/ John M. O'Toole
Attorney for Plaintiff

John M. O'Toole
Attorney No. : 6199003
Firm: O'Toole Law Firm, LLC
Address: 150 S. Wacker Drive, Suite 2400, Chicago, IL. 60606.
Office Phone: (312) 546-5057
Cell Phone: (312)560-8981
FAX: (312)546-5123
E-Mail: john@otoolelaw.net